# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: 14cv13120-WGY

**Sharon Mckenna**

**Plaintiff**

**v.**

**Portfolio Recovery Associates, L.L.C.**
**Defendant**

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

The Court having been advised on September 22, 2014,  that the above-entitled action has been settled:

IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

/s/Matthew A. Paine

_____

Deputy Clerk

September 23, 2014

To: All Counsel